IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Morris D. Green, | ) | C/A No.: 1:20-821-DCC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| C. Thomas, Dr. Collins, Tanner, S. Lanham, Morgan, Bryant, Franklin, Lt. Broadwater, John/Jane Doe, and other Jane and John Does, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Morris D. Green ("Plaintiff"), proceeding pro se, brought this civil rights action alleging a violation of his constitutional rights. This matter is before the court on Plaintiff's motion for appointment of counsel [ECF No. 54] and motion for leave to proceed in forma pauperis [ECF No. 55].

There is no right to appointed counsel in § 1983 cases. *Cf. Hardwick v. Ault*, 517 F.2d 295, 298 (5th Cir. 1975). While the court is granted the power to exercise its discretion to appoint counsel for an indigent in a civil action, 28 U.S.C. § 1915(e)(1); *Smith v. Blackledge*, 451 F.2d 1201 (4th Cir. 1971), such appointment "should be allowed only in exceptional cases." *Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975). Plaintiff in his motion has not shown any exceptional circumstances exist in this case. After a review of the file, this court

2

has determined there are no exceptional or unusual circumstances presented that would justify the appointment of counsel, nor would Plaintiff be denied due process if an attorney were not appointed. *Whisenant v. Yuam*, 739 F.2d 160 (4th Cir. 1984). In most civil rights cases, the issues are not complex, and whenever such a case brought by an uncounseled litigant goes to trial, the court outlines proper procedure so the uncounseled litigant will not be deprived of a fair opportunity to present his case. Accordingly, Plaintiff's request [ECF No. 54] for a discretionary appointment of counsel under 28 U.S.C. §1915(e)(1) is denied.

Plaintiff filed a motion to proceed in forma pauperis. [ECF No. 55]. However, Plaintiff has already been granted in forma pauperis status. [ECF Nos. 2, 8]. Therefore, Plaintiff's motion [ECF No. 55] is moot.

IT IS SO ORDERED.

November 9, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge